## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE No.: 6:22-cv-00479-CEM-GJK

MICHELLE STRICKLAND,

     Plaintiff,

vs.

JOSEPH LABOSCO JEWELRY AND
PAWN, LLC, et al.,

     Defendants.

_____/

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff MICHELLE STRICKLAND, by and through her undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action against Defendants, JOSEPH LABOSCO JEWELRY AND PAWN, LLC, and BETTER JERK JAMAICAN RESTAURANT, LLLP, d/b/a BETTER JERK JAMAICAN RESTAURANT. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 26th day of April 2022.

    By: /s/Joe M. Quick, Esq._____
      Joe M. Quick, Esq.
      Florida Bar No.: 0883794
      Law Offices of Joe M. Quick, P.A.
      *Counsel for Plaintiff*
      1224 S. Peninsula Drive #619
      Daytona Beach, Florida 32118
      Tel: (386) 212-3591
      E-mail:JMQuickesq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail:JMQuickesq@gmail.com