UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHELLE STRICKLAND,**

        **Plaintiff,**

**v.**                                   **Case No.  6:22-cv-479-CEM-GJK**

**JOSEPH LABOSCO JEWELRY
AND PAWN, LLC and BETTER
JERK JAMAICAN
RESTAURANT, LLLP,**

        **Defendants.**

_____/

### ORDER

    THIS CAUSE is before the Court on the Notice of Settlement (Doc. 4), which advises the Court that the above-styled action has been settled.

    Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Orlando, Florida on April 28, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record